**EXHIBIT E**

**IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**Civil Division**

| | |
|---|---|
| DC GAMBLING RECOVERY LLC<br>1001 N. West St., Ste. 1501<br>Wilmington, DE 19801<br><br>           *Plaintiff*,<br><br>           v.<br><br>AMERICAN WAGERING, INC.<br>dba CAESARS SPORTSBOOK<br>One Caesars Palace Drive<br>Las Vegas, NV 89109<br><br>BETFAIR INTERACTIVE US LLC<br>dba FANDUEL<br>6701 Center Drive West<br>Suite 1000<br>Los Angeles, CA 90045<br><br>BETMGM, LLC<br>Harborside Plaza 2, 200 Hudson Street<br>Suite 700<br>Jersey City, NJ 07311<br><br>CROWN DC GAMING LLC<br>dba DRAFTKINGS<br>222 Berkeley St.<br>5th Fl.<br>Boston, MA 02116<br><br>FBG ENTERPRISES OPCO, LLC<br>dba FANATICS<br>95 Morton Street<br>New York, NY 10014<br><br>           *Defendants*. | Civil Action No. 2025-CAB-001265<br><br>Judge Tanya M. Jones Bosier<br><br>Next Court Date: May 30, 2025<br>                    (Initial Hearing) |

**DEFENDANTS' NOTICE OF NOTICE OF REMOVAL TO THE**
**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

On April 4, 2025, Defendants American Wagering, Inc. dba Caesars Sportsbook, Betfair Interactive US LLC dba FanDuel, BetMGM, LLC, Crown DC Gaming LLC dba DraftKings, and FBG Enterprises Opco, LLC dba Fanatics Betting & Gaming ("Defendants") filed a Notice of Removal in the United States District Court for the District of Columbia pursuant to 28 U.S.C. §§ 1331, 1332(a), 1441, and 1446. A true copy of the Notice of Removal is attached as Exhibit A.

Pursuant to 28 U.S.C. § 1446(d), the filing of the Notice of Removal in the United States District Court for the District of Columbia, together with the filing of this notice, effects removal of this action from this Court's jurisdiction. The Clerk of the Court "shall effect the removal" of this case and this Honorable Court "shall proceed no further unless and until the case is remanded." 28 U.S.C. § 1446(d).

Date: April 4, 2025

Respectfully Submitted,

/s/ Jacob T. Spencer
Jacob T. Spencer (D.C. Bar No. 1023550)
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036
(202) 887-3792
JSpencer@gibsondunn.com

*Attorneys for Defendants Crown DC Gaming LLC dba DraftKings and BetMGM, LLC*

/s/ Shay Dvoretzky
Shay Dvoretzky (D.C. Bar. No. 498527)
Parker Rider-Longmaid (D.C. Bar No. 1552207)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM
1440 New York Ave., N.W.
Washington, D.C. 20005
(202) 371-7000
shay.dvoretzky@skadden.com
parker.rider-longmaid@skadden.com

Robert A. Fumerton (*pro hac vice* forthcoming)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM
One Manhattan West
New York, New York 10001
(212) 735-3000
robert.fumerton@skadden.com

*Attorneys for Defendants American Wagering, Inc. dba Caesars Sportsbook, Betfair Interactive US LLC dba FanDuel, and FBG Enterprises Opco, LLC dba Fanatics Betting & Gaming*

2