**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **DC GAMBLING RECOVERY LLC,**<br><br>***Plaintiff,***<br><br>**v.**<br><br>**AMERICAN WAGERING, INC. dba CAESARS SPORTSBOOK, BETFAIR INTERACTIVE US LLC dba FANDUEL, BETMGM, LLC, CROWN DC GAMING LLC dba DRAFTKINGS, FBG ENTERPRISES OPCO, LLC dba FANATICS,**<br><br>***Defendants*.** | **Case No. 1:25-cv-1023-CJN** |

**DISTRICT OF COLUMBIA'S MOTION FOR LEAVE TO INTERVENE AND FILE BRIEF DEFENDING D.C. LAW 22-312**

The District of Columbia (the District) moves under Federal Rule of Civil Procedure 5.1 to intervene in the above-captioned matter. On March 13, 2025, Plaintiff filed a Rule 5.1 Notice along with its Complaint in the Superior Court of the District of Columbia questioning the validity of the Sports Wagering Lottery Amendment Act of 2018, D.C. Law 22-312, codified at D.C. Code § 36-621.01 *et seq*. *See* Ex. A (Pl.'s Rule 5.1 Notice). Defendants subsequently removed this case to this Court. *See* Notice of Removal [1]. Under Federal Rule of Civil Procedure 5.1, where the validity of a state statute is questioned, the "attorney general may intervene within 60 days after the notice is filed," or here, on or before May 12, 2025. *See* Fed. R. Civ. P. 5.1(c); *see also* 28 U.S.C. § 2403(b). "Before [that] time to intervene expires, the court may reject [Plaintiff's] constitutional challenge" to D.C. Law 22-312, "but may not enter a final judgment holding the statute unconstitutional." Fed. R. Civ. P. 5.1(c); *see, e.g.*, *Cameron v. EMW Women's Surgical Ctr., P.S.C.*, 595 U.S. 267, 277 (2022) ("[A] State's opportunity to defend its laws in federal court should not be lightly cut off."). Defendants' reply briefs in

support of their respective motions to dismiss are due on July 7, 2025. *See* Apr. 18, 2025 Min. Ord. The Parties are still conferring regarding the deadline for the District's intervenor brief, and the District proposes that it move for a schedule by Friday, May 16, 2025. In the event the Parties cannot agree on an alternate schedule, the District proposes to file its intervenor brief on July 7, 2025, the same date as Defendants' reply.

Pursuant to LCvR 7(a), this Motion includes all supporting points of law and authority. A proposed order is attached, as required by LCvR 7(c).

Date: May 12, 2025

Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

*/s/ Matthew R. Blecher*
MATTHEW R. BLECHER [1012957]
Chief, Civil Litigation Division, Equity Section

*/s/ Honey Morton*
HONEY MORTON [1019878]
Assistant Chief, Equity Section

*David R. Wasserstein*
DAVID R. WASSERSTEIN [1736006]
Assistant Attorney General
Civil Litigation Division
400 6th Street NW
Washington, D.C. 20001
Phone: (202) 442-9784
Email: david.wasserstein@dc.gov
*Counsel for District of Columbia*

**RULE 7(m) CERTIFICATION**

On May 12, 2025, counsel for the District of Columbia contacted Plaintiff's and Defendants' counsel via email regarding this Motion. On the same day, Plaintiff indicated that it does not oppose the District's motion; all Defendants indicated that they consent.

*/s/ David R. Wasserstein*
DAVID R. WASSERSTEIN [1736006]
Assistant Attorney General

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **DC GAMBLING RECOVERY LLC,**<br><br>***Plaintiff,***<br><br>**v.**<br><br>**AMERICAN WAGERING, INC. dba CAESARS SPORTSBOOK, BETFAIR INTERACTIVE US LLC dba FANDUEL, BETMGM, LLC, CROWN DC GAMING LLC dba DRAFTKINGS, FBG ENTERPRISES OPCO, LLC dba FANATICS,**<br><br>***Defendants*.** | **Case No. 1:25-cv-1023-CJN** |

**ORDER**

Upon consideration of the District of Columbia's (the District's) Motion for Leave to Intervene and File Brief Defending D.C. Law 22-312, and the entire record, it is hereby:

**ORDERED** that the District's Motion is **GRANTED**; and it is further

**ORDERED** that the District shall move for a deadline to file its intervenor brief by May 16, 2025.

**SO ORDERED.**

Date: ____________________

____________________________________
HON. CARL J. NICHOLS
United States District Judge