UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DC GAMBLING RECOVERY LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>AMERICAN WAGERING, INC. dba CAESARS SPORTSBOOK, BETFAIR INTERACTIVE US LLC dba FANDUEL, BETMGM, LLC, CROWN DC GAMING LLC dba DRAFTKINGS, FBG ENTERPRISES OPCO, LLC dba FANATICS BETTING AND GAMING,<br><br>*Defendants*. | Case No. 1:25-cv-1023 (CJN) |

**DEFENDANTS AMERICAN WAGERING, INC. DBA CAESARS SPORTSBOOK, BETFAIR INTERACTIVE US LLC DBA FANDUEL, AND FBG ENTERPRISES OPCO, LLC DBA FANATICS BETTING & GAMING'S MOTION TO CONTINUE HEARING ON MOTIONS TO DISMISS**

Defendants American Wagering, Inc. dba Caesars Sportsbook, Betfair Interactive US LLC dba FanDuel, and FBG Enterprises Opco, LLC dba Fanatics Betting & Gaming (Defendants) respectfully request a modest continuance of the hearing set for December 11, 2025, given a preexisting conflict. Defendants' counsel could, with some difficulty (as described below), make the hearing work on December 18 or 19, 2025, and the remaining Defendants, Plaintiff DC Gambling Recovery LLC, and the District of Columbia all consent to rescheduling the hearing to one of these days. Given long-scheduled obligations for oral arguments and meetings with government agencies, however, Defendants respectfully request that the hearing be rescheduled for January 12-16 or 28-30, 2026, or February 2, 5, or 6, 2026. The other Defendants and the

District of Columbia consent to rescheduling the hearing to one of these dates. DC Gambling Recovery does not, opining that the modest additional time constitutes unreasonable delay (despite the intervening holidays). As explained below, there is good cause to grant the requested continuance.

**1.** On October 9, 2025, the Court set a hearing on Defendants' motions to dismiss for December 2, 2025. On November 25, 2025, the Court rescheduled the hearing to December 11, 2025. Defendants' counsel have a conflict with the new hearing date, however, because they must prepare for and deliver oral argument before the United States Supreme Court on December 10, 2025, in *FS Credit Opportunities Corp. v. Saba Capital Master Fund, Ltd.*, No. 24-345 (U.S.). Given the rigors of Supreme Court argument, it is unrealistic to expect Defendants' counsel to present argument to this Court—and best facilitate this Court's decisionmaking—the very next day. In addition, DC Gambling Recovery's counsel informed Defendants' counsel that they had international travel scheduled for December 9 through 12. Counsel have spent the last several days conferring on possible alternative hearing dates.

Defendants' counsel are unavailable December 15-17 the following week given an important meeting with a federal agency and related preparations on December 15 and December 16 and oral argument before the U.S. Court of Appeals for the Second Circuit in *Safdieh v. Commissioner*, No. 25-501 (2d Cir.), on December 17, 2025. Those same preexisting obligations would make presenting oral argument to this Court on December 18 or 19 challenging. In good faith, however, Defendants' counsel will make themselves available those days if necessary.

**2.     January 12-16 or 28-30, 2026, or February 2, 5, or 6, 2026.** Defendants' counsel and counsel for the remaining Defendants and the District of Columbia are available on any of these dates in January or February 2026, and strongly prefer these dates given counsel's competing

obligations the week of December 15, 2025. Defendants' counsel have conferred with counsel for all other parties. BetMGM, LLC, Crown DC Gaming LLC, and the District of Columbia all consent to continuing the hearing to any of these dates.

DC Gambling Recovery does not consent to any date in January or February 2026, claiming it would create an "unreasonably long delay." Ex. A to Declaration of Parker Rider-Longmaid (email exchange about moving this hearing). But given the upcoming December holidays, holding the hearing in January or February 2026 would not unreasonably delay the resolution of this matter, which is not expedited and involves no request for preliminary, temporary, or emergency relief. Counsel for all parties tried to find availability the week of January 5, but every day that week counsel for one party or another had a conflict. Counsel for DC Gambling Recovery additionally stated that he cannot be available the entire week of January 12 because he is preparing for an arbitration hearing in New York beginning on January 19. Defendants' counsel have asked DC Gambling Recovery's counsel for availability on January 28-30 or February 2, 5, or 6, but have not heard back as of the filing of this motion. *Id.* Defendants' counsel respectfully submit that the conflicts they have outlined in this motion—including the great difficulty of participating in the hearing on December 18 or 19—are entitled to no less weighty consideration than DC Gambling Recovery's arbitration hearing preparation the entire week of January 12. (And January 28-30 and February 2, 5, and 6 are additional possible dates.) Counsel for DC Gambling Recovery represented that he plans to file a response to this motion opposing the January and February hearing dates.

3.     **December 18 or 19, 2025.** With difficulty, Defendants' counsel could be available on December 18 or December 19. As noted, however, counsel have several competing obligations that same week, including important meetings with federal agencies and oral argument before the

Second Circuit on December 17. Undersigned counsel has conferred with counsel for DC Gambling Recovery, BetMGM, LLC, Crown DC Gaming LLC, and the District of Columbia, all of whom consent to continuing the hearing to December 18 or 19.

As discussed, however, Defendants' counsel respectfully request that the Court move the hearing to one of the available January or February dates given the difficulty of making December 18 or 19 work, plus the intervening holidays. As noted, DC Gambling Recovery's counsel informed Defendants' counsel that they had international travel scheduled for December 9 through 12, so could not make the December 11 hearing date work. *See id.* at 8. Defendants' counsel promptly responded and coordinated to be able to ask this Court to move the hearing, which likewise does not work for Defendants' counsel given their Supreme Court argument on December 10. Only after it became clear that other conflicts—the conflicts making December 18 and 19 difficult for Defendants' counsel—plus the holidays could push the hearing a few weeks into 2026 did DC Gambling Recovery's counsel claim unreasonable delay and a number of conflicts in January 2026. *See id.* Defendants' counsel respectfully submit that there is good cause to reschedule the hearing for a January or February 2026 date on which all counsel will be available and best able to assist the Court in its decisionmaking process.

For the foregoing reasons, Defendants respectfully request a modest continuance of the December 11, 2025, hearing to January 12-16 or 28-30, 2026, or February 2, 5, or 6, 2026, or, if necessary, December 18 or 19, 2025.

Dated:  December 1, 2025                        Respectfully submitted,

  /s/ *Shay Dvoretzky*
Shay Dvoretzky (DC Bar No. 498527)
  *Counsel of Record*
Parker Rider-Longmaid (DC Bar No. 1552207)
Sylvia O. Tsakos (DC Bar No. 888273394)
Hanaa Khan (DC Bar No. 173586)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Ave., N.W.
Washington, DC 20005
(202) 371-7000
shay.dvoretzky@skadden.com
parker.rider-longmaid@skadden.com
sylvia.tsakos@skadden.com
hanaa.khan@skadden.com

Robert A. Fumerton (*pro hac vice*)
Judith A. Flumenbaum (*pro hac vice*)
Sarah E. Danehy (*pro hac vice*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
(212) 735-3000
robert.fumerton@skadden.com
judy.flumenbaum@skadden.com
sarah.danehy@skadden.com

*Attorneys for Defendants American Wagering, Inc. dba Caesars Sportsbook, Betfair Interactive US LLC dba FanDuel, and FBG Enterprises Opco, LLC dba Fanatics Betting & Gaming*

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2025, I electronically filed the foregoing motion and proposed order with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

DATED: December 1, 2025

Respectfully Submitted,

By: /s/ *Shay Dvoretzky*
Shay Dvoretzky (DC Bar No. 498527)
  *Counsel of Record*
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Ave., N.W.
Washington, DC 20005
(202) 371-7000
shay.dvoretzky@skadden.com

*Attorneys for Defendants American Wagering, Inc. dba Caesars Sportsbook, Betfair Interactive US LLC dba FanDuel, and FBG Enterprises Opco, LLC dba Fanatics Betting & Gaming*