UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DC GAMBLING RECOVERY LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>AMERICAN WAGERING, INC. et al.,<br><br>*Defendants*. | Case No. 1:25-cv-01023-CJN |

**PLAINTIFF'S RESPONSE TO DEFENDANTS'
MOTION TO CONTINUE HEARING ON MOTIONS TO DISMISS**

    Despite Defendants' lengthy submission, the issue here is straightforward. Defendants prefer not to hold the motion hearing the afternoon of December 11 because counsel has a Supreme Court argument the morning of December 10. While skeptical that this is truly "unrealistic," Plaintiff was willing to accommodate that request, as long as the delay would be short.

    Defendants have now agreed to make themselves available for the hearing in this case on December 18 or 19 – despite grumbling about having other commitments earlier that week. If the Court is available, we respectfully request that the Court reschedule the hearing for one of those two dates. If not, we ask that the Court simply maintain the December 11 date. It has proven difficult if not impossible for the parties to find a mutually agreeable date in January, which is already more than a month after the Court's initial hearing date; waiting until February is even more unreasonable given that we are accommodating at most suboptimal scheduling for counsel, rather than a real conflict.

Dated: December 2, 2025

Respectfully submitted,

*/s/ Derek T. Ho*
Derek T. Ho (D.C. Bar No. 488609)
Eliana Margo Pfeffer (D.C. Bar No. 1723571)
Mark P. Hirschboeck (D.C. Bar No. 1618827)
Kyle B. Grigel (D.C. Bar No. 90031164)
KELLOGG, HANSEN, TODD, FIGEL
    & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900
Fax: (202) 326-7999
dho@kellogghansen.com
epfeffer@kellogghansen.com
mhirschboeck@kellogghansen.com
kgrigel@kellogghansen.com

*Counsel for Plaintiff*