IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DC GAMBLING RECOVERY, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>AMERICAN WAGERING, INC., et. al.,<br><br>  Defendants. | Case No. 1:25-cv-1023-CJN |

**UNITED STATES OF AMERICA'S RESPONSE TO
THIS COURT'S NOVEMBER 25, 2025 ORDER**

On October 21, 2025, Plaintiff filed a Notice of Constitutional Challenge concerning the Professional and Amateur Sports Protection Act of 1992, 28 U.S.C. § 3701 *et seq.* ("PASPA"), pursuant to Federal Rule of Civil Procedure 5.1. ECF No. 47. That Notice states that this case presents the question of whether "all of PASPA is void" under *Murphy v. National Collegiate Athletic Association*, 584 U.S. 453 (2018). ECF No. 47 at 2. This Court entered an Order on November 25, 2025, inviting the United States to submit a statement of interest. The United States respectfully declines to file a statement of interest at this time.

Dated: December 5, 2025 　　　　　　　　Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JOSEPH E. BORSON
Assistant Director
Federal Programs Branch

/s/ *Kathryn Alkire*
KATHRYN L. ALKIRE
(FL Bar No. 1050146)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 451-7743
E-mail: Kathryn.L.Alkire@usdoj.gov

*Counsel for the United States of America*