**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

DC GAMBLING RECOVERY LLC,

     *Plaintiff*,

    v.

AMERICAN WAGERING, INC. dba
CAESARS SPORTSBOOK, BETFAIR
INTERACTIVE US LLC dba FANDUEL,
BETMGM, LLC, CROWN DC GAMING
LLC dba DRAFTKINGS, FBG
ENTERPRISES OPCO, LLC dba
FANATICS BETTING & GAMING,

     *Defendants*.

Civil Action No. 25-cv-01023 (CJN)

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Defendants' Motions, ECF No. 30 and ECF No. 32, are **GRANTED**.  It

is further

**ORDERED** that Plaintiff's Complaint, ECF No. 1-1, is **DISMISSED WITH**

**PREJUDICE**.

This is a final and appealable order.

The Clerk of Court is directed to terminate this case.

DATE:  March 26, 2026

_____
CARL J. NICHOLS
United States District Judge

1